FILED: August 4, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1808
(1:07-cv-00960-CMH-JFA)

_____

UNITED STATES EX REL. JON H. OBERG

      Plaintiff

and

MICHAEL CAMION

      Movant - Appellant

v.

NELNET, INC.; BRAZOS HIGHER EDUCATION SERVICE CORPORATION; BRAZOS HIGHER EDUCATION AUTHORITY, INC.; NELNET EDUCATION LOAN FUNDING, INC.

      Defendants - Appellees

and

VERMONT STUDENT ASSISTANCE CORPORATION; PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY; KENTUCKY HIGHER EDUCATION STUDENT LOAN CORPORATION; ARKANSAS STUDENT LOAN AUTHORITY

      Defendants

------

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Case Number | 1:07-cv-00960-CMH-JFA |
| Date notice of appeal filed in originating court: | 07/28/2023 |
| Appellant | Michael Camion |
| Appellate Case Number | 23-1808 |
| Case Manager | Anisha Walker<br>804-916-2704 |