FILED: July 16, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1808
(1:07-cv-00960-CMH-JFA)

_____

UNITED STATES EX REL. JON H. OBERG

  Plaintiff

 and

MICHAEL CAMOIN

  Movant - Appellant

v.

NELNET, INC.; BRAZOS HIGHER EDUCATION SERVICE CORPORATION; BRAZOS HIGHER EDUCATION AUTHORITY, INC.; NELNET EDUCATION LOAN FUNDING, INC.

  Defendants - Appellees

 and

VERMONT STUDENT ASSISTANCE CORPORATION; PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY; KENTUCKY HIGHER EDUCATION STUDENT LOAN CORPORATION; ARKANSAS STUDENT LOAN AUTHORITY

  Defendants

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

For the Court

/s/ Nwamaka Anowi, Clerk