FILED: July 24, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1808
(1:07-cv-00960-CMH-JFA)

_____

UNITED STATES EX REL. JON H. OBERG

       Plaintiff

 and

MICHAEL CAMOIN

       Movant - Appellant

v.

NELNET, INC.; BRAZOS HIGHER EDUCATION SERVICE CORPORATION; BRAZOS HIGHER EDUCATION AUTHORITY, INC.; NELNET EDUCATION LOAN FUNDING, INC.

       Defendants - Appellees

 and

VERMONT STUDENT ASSISTANCE CORPORATION; PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY; KENTUCKY HIGHER EDUCATION STUDENT LOAN CORPORATION; ARKANSAS STUDENT LOAN AUTHORITY

       Defendants

———————————

# M A N D A T E

———————————

The judgment of this court, entered June 18, 2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*